```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 11053
   DAVID SOUTHALL
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

            Debtor
   SSN XXX-XX-8637


--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 06/20/2007 and was not confirmed.

      The case was dismissed without confirmation 11/14/2007.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                         PAID        PAID
--------------------------------------------------------------------------
CITIFINANCIAL AUTO CREDI  UNSECURED         3472.24         .00          .00
ASSET ACCEPTANCE LLC      UNSECURED          502.04         .00          .00
SANTANDER CONSUMER USA    SECURED VEHIC      647.05         .00       647.05
OPTION ONE MORTGAGE       CURRENT MORTG         .00         .00          .00
OPTION ONE MORTGAGE       MORTGAGE ARRE         .00         .00          .00
SN SERVICING ~            CURRENT MORTG         .00         .00          .00
SN SERVICING ~            SECURED NOT I         .00         .00          .00
IL DEPT OF HEALTHCARE &   NOTICE ONLY    NOT FILED          .00          .00
JOSIE GRIFFIN             NOTICE ONLY    NOT FILED          .00          .00
5TH 3RD BANK              UNSECURED      NOT FILED          .00          .00
ASSET ACCEPTANCE LLC      UNSECURED      NOT FILED          .00          .00
CBE GROUP                 UNSECURED      NOT FILED          .00          .00
CITI AUTO                 UNSECURED      NOT FILED          .00          .00
CREDIT PROTECTION         UNSECURED      NOT FILED          .00          .00
DEPENDON COLLECTION SE    UNSECURED      NOT FILED          .00          .00
DEPENDON COLLECTION SE    UNSECURED      NOT FILED          .00          .00
DEPENDON COLLECTION SE    UNSECURED      NOT FILED          .00          .00
H&F LAW                   UNSECURED      NOT FILED          .00          .00
HARRIS                    UNSECURED      NOT FILED          .00          .00
HARVARD COLLECTION SERVI  UNSECURED      NOT FILED          .00          .00
HSBC/TAX                  UNSECURED      NOT FILED          .00          .00
MRSI                      UNSECURED      NOT FILED          .00          .00
MRSI                      UNSECURED      NOT FILED          .00          .00
NICOR GAS                 UNSECURED      NOT FILED          .00          .00
NICOR GAS                 UNSECURED         1887.22         .00          .00
PARK DANSAN               UNSECURED      NOT FILED          .00          .00
DORENE LARUE              NOTICE ONLY    NOT FILED          .00          .00
FISHER & SHAPIRO          NOTICE ONLY    NOT FILED          .00          .00
SANTANDER CONSUMER USA    UNSECURED            .00          .00          .00
ERNESTO D BORGES JR       DEBTOR ATTY      2,974.00                      .00
TOM VAUGHN                TRUSTEE                                      47.95
DEBTOR REFUND             REFUND                                         .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 11053 DAVID SOUTHALL
```

```
                         RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                    695.00

PRIORITY                                             .00
SECURED                                           647.05
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                               47.95
DEBTOR REFUND                                        .00
                        ---------------    ---------------
TOTALS                     695.00                 695.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 02/27/08            _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                         PAGE   2
       CASE NO. 07 B 11053 DAVID SOUTHALL